IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB - 1 2008

GREGORY C. LANGHAM
CLERK

Civil Action No. 07-cv-02585-BNB

JERRY D. CARTER,

    Applicant,

v.

BRIGHTON COLORADO POLICE DEPARTMENT,
BANNER HEALTH NORTH COLORADO MEDICAL CENTER,
ALL THEIR AGENTS,
EMPLOYEES OFFICERS, and
EMPLOYERS RESPONDENTS,

    Respondents.

## ORDER OF DISMISSAL

Applicant Jerry D. Carter, appears to claim that he is being illegally held at the Northern Colorado Medical Center in Greeley, Colorado. On December 12, 2007, Mr. Carter submitted to the Court two Requests for emergency injunctions seeking release form the medical center where he is being held. Magistrate Judge Boyd N. Boland reviewed the Requests, determined that Applicant was attempting to file a habeas corpus action pursuant to 28 U.S.C. § 2241, and entered an order instructing Mr. Carter to file his claims on a current Court-approved form that is used in filing § 2241 claims in this Court. Applicant also was directed to submit to the Court the current Court-approved form used by prisoners in filing requests to proceed *in forma pauperis* in this Court.

Mr. Carter now has failed to communicate with the Court and as a result has failed to cure the deficiencies noted in the December 12, 2007, Order within the time allowed. The Court, therefore, will dismiss the action for failure to cure deficiencies. Accordingly, it is

ORDERED that the Application is denied and the action is dismissed without prejudice for failure to cure the deficiencies within the time allowed.

DATED at Denver, Colorado, this 31 day of Jan., 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-02585-BNB

Jerry D. Carter
PO Box 572
Brighton, CO 80601

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 2/1/08

GREGORY C. LANGHAM, CLERK

By: _____
          Deputy Clerk